# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SEAVON PIERCE,                                )     Case No. EDCV 09-0310-VAP (JEM)
                                             )
                    Petitioner,               )
                                             )     ORDER ACCEPTING FINDINGS AND
          v.                                  )     RECOMMENDATIONS OF UNITED
                                             )     STATES MAGISTRATE JUDGE
SCOTT McEWEN, Warden,                         )
                                             )
                    Respondent.               )
_____ )

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge.  Petitioner has filed Objections, and the Court has engaged in a de novo review of those portions of the Report and Recommendation to which Petitioner has objected.  The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS ORDERED that: (1) the Petition for Writ of Habeas Corpus is denied; and (2) Judgment shall be entered dismissing the action with prejudice.

DATED:  July 9, 2016         

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE